UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
MICHAEL ANDREW PHILLIPS                         CASE NO. 20-10832
BETSY BLALOCK PHILLIPS                          JUDGE BENJAMIN A. KAHN
211 N. ELM STREET
ASHEBORO, NC  27203

      DEBTORS

SSN(1) XXX-XX-0062      SSN(2) XXX-XX-3381          DATE: 06/03/2021

---

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FINANCE OF AMERICA REVERSE LLC<br>% COMPU-LINK CORPORATION DBA<br>CELINK<br>ATTN BANKRUPTCY DEPT<br>101 W LOUIS HENNA BLVD STE 450<br>AUSTIN, TX  78728 | $0.00<br>INT:  .00%<br>NAME ID: 184095<br>CLAIM #:  0010 | (S) SECURED<br>DIRECT PAY<br>ACCT:  5929<br>COMMENT:  DT,RE RP,DIR |
| FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953<br>P O BOX 55000<br>DETROIT, MI  48255-0953 | $12,815.32<br>INT: 5.25%<br>NAME ID: 58390<br>CLAIM #:  0004 | (V) VEHICLE-SECURED<br><br>ACCT:  7561<br>COMMENT:  16FORD,1220A, |
| FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953<br>P O BOX 55000<br>DETROIT, MI  48255-0953 | $6,104.94<br>INT:  .00%<br>NAME ID: 58390<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT:  1598<br>COMMENT:<br>221A,DEF,20FORD,1220OR,REL,1220A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:  0062<br>COMMENT:  OC |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $5,093.79<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT:  3559<br>COMMENT:  521TFCL |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:  0062<br>COMMENT:  OC |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $7,384.68<br>INT: 5.25%<br>NAME ID: 162216<br>CLAIM #:  0005 | (V) VEHICLE-SECURED<br><br>ACCT:  6385<br>COMMENT:  13FORD |

PAGE 2 - CHAPTER 13 CASE NO. 20-10832

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PNC BANK<br>P O BOX 94982<br>CLEVELAND, OH  44101 | $5,014.75<br>INT: .00%<br>NAME ID: 115010<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT: 1220<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $248.73<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 7529<br>COMMENT: BELK |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #:  0011 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $200.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #:  0003 | (U) UNSECURED<br><br>ACCT: 0062<br>COMMENT: OC |
| **TOTAL:** | **$36,914.21** | |
| JULIE H MORRISON ESQ<br>IVEY & EGGLESTON<br>111 WORTH ST<br>ASHEBORO, NC  27203 | $3,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/03/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
Attorney for Debtors - Electronic Notice